AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

United States of America

v.

Louis Romanelli

APPEARANCE

CASE NUMBER: 1:08-MJ-73M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Louis Romanelli

I certify that I am admitted to practice in this court.

5/6/08
*Date*

[signature]
*Signature*

Joseph J Voccola
*Print Name*

*Bar Number* 4132

454 Broadway
*Address*

Prov R.I. 02909
*City* *State* *Zip Code*

751-3900
*Phone Number*

751-8783
*Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.