IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re Arrest Warrants and Criminal Complaints | ) | 1:08-MJ-72M<br>1:08-MJ-73M |

GOVERNMENT'S EX PARTE MOTION FOR LIMITED UNSEALING OF THE AFFIDAVIT

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves the Court to partially lift the seal on the Affidavit in support of the Criminal Complaints and Arrest Warrants in the above entitled matters, for the limited purpose of allowing disclosure of the redacted Affidavit, attached hereto, to the Rhode Island Board of Health. For the reasons set forth in this Affidavit, the Government believes that limited disclosure of this Affidavit is in the public interest and does not jeopardize the integrity of the government's investigation. A Memorandum in Support of the Government's Motion and a proposed Order are attached.

Respectfully Submitted,
UNITED STATES OF AMERICA

By its attorneys:

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney