IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re Arrest Warrants and Criminal Complaints | 1:08-MJ-72M<br>1:08-MJ-73M |

MOTION FOR LIMITED UNSEALING OF THE AFFIDAVIT

The Rhode Island Board of Pharmacy has assisted the United States in its investigation of Prime Drug Inc., and Carmine De Tomasis. On May 6, 2008, the Board of Pharmacy, as a result of the search warrant executed at Prime Drug Inc. by federal authorities on May 5, 2008, and out of concern for the public health, summarily suspended the pharmacy's license and the license of Carmine D. De Tomasis, Dominic Colarusso, and Carmine A. De Tomasis. The Board of Health, which is the entity responsible for prosecuting the suspension, has asked the United States for a redacted copy of the Affidavit as it concerns the illicit distribution of controlled substances from Prime Drug Inc., the distribution of misbranded drugs to and by Prime Drug Inc., and health care fraud. I have been informed by Bruce McIntyre, Deputy Chief Legal Counsel to the Board of Health, that an individual who has been issued a suspension order may be entitled to a hearing within a reasonable time, should such a hearing be requested. I have also been informed by Mr. McIntyre, that he wishes to disclose the Affidavit to the Hearing Officer, and that, the rules governing the Practices and Procedures before the Board of Health allow the Hearing Officer to issue a protective order to "restrict or defer disclosure by a party of the name of a witness, a narrative summary of the expected testimony of a witness, or in the case of a Department witness, andy prior statement of the witness." Rule 9.7. I have been informed by Mr. McIntyre that the Board of Health does not intend to publically disseminate the Affidavit and will abide by the

Protective Order issued by the Court, until such time as the Order is lifted. It should be noted that Carmine De Tomasis, who is the subject of the suspension order, already possesses a copy of the Affidavit, and therefore will not be prejudiced by any disclosure.

The Government has redacted the Affidavit so as not to reveal the identities of individuals who were not charged in this matter, as well as information regarding locations that have no bearing on the Board's actions. A copy of the redacted affidavit is attached hereto. Because this is a matter that affects the public health of residents of the District of Rhode Island, because the government is satisfied that the disclosure will not in any way jeopardize the government's investigation, and because the government is satisfied that the Board of Health will abide by any restrictions set by this Court, the government is requesting permission to disclose the redacted Affidavit, attached hereto, to Deputy Chief Bruce McIntyre, Rhode Island Board of Health.

Respectfully Submitted,
UNITED STATES OF AMERICA

By its attorneys:

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney