14879439

RECEIVED
U.S. MARSHALS SERVICE
MAY 06 2008

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND District of Rhode Island

UNITED STATES OF AMERICA

V.

LOUIS ROMANELLI

## WARRANT FOR ARREST

Case Number: 1:08-MJ-73DLM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LOUIS ROMANELLI
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

distribution and conspiracy to distribute controlled substances, conspiracy to commit health care fraud and distribute misbranded drugs

in violation of Title 21 United States Code, Section(s) 841(A)(1) & 846, 331(k) and 18 USC 1347 and 371

DAVID L. MARTIN
Name of Issuing Officer

David L Martin
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

5-5-08 Providence RI
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Cranston, RI by FDA and USMS | | |
| DATE RECEIVED 05/06/08 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 05/05/08 | | |