AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Louis Romanelli

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:08-M-00073M

I, Louis Romanelli, charged in a (complaint) (petition) pending in this District with Distribution + Conspiracy to distribute controlled substances, Conspiracy to commit health care fraud, [illegible] in violation of Title 21, U.S.C., Section 841(a)(1) + 846, 18 U.S.C. 1347, 21 U.S.C. 331K, 18 U.S.C. 371 and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Louis Romanelli
*Defendant*

MAY 14, 2008
*Date*

[signature]
*Counsel for Defendant*