IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:08-MJ-72M |
| v. | ) | 1:08-MJ-73M |
| | ) | |
| LOUIS ROMANELLI | ) | |
| CARMINE DE TOMASIS | ) | |

ASSENTED TO MOTION TO CONTINUE

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves the Court to continue the hearing in the above entitled matter that is scheduled for July 11, 2008 at 10 a.m.. That hearing is scheduled to discuss the continued sealing of the affidavit in support of the arrest warrants in the above entitled matter. The parties in this case agree that the continued sealing of the affidavit for a period of thirty days is in the interest of justice. Wherefore, the government, with the assent of counsel for defendant Louis Romanelli and counsel for defendant

Carmine De Tomasis respectfully move the court to reschedule the hearing for a later date.

Respectfully Submitted,
UNITED STATES OF AMERICA

By its attorneys:

ROBERT CLARK CORRENTE
United States Attorney

/s/Adi Goldstein______________

ADI GOLDSTEIN
Assistant U.S. Attorney
R.I. Bar # 6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, R.I. 02903
adi.goldstein@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:08-MJ-72M |
| v. | ) | 1:08-MJ-73M |
| | ) | |
| LOUIS ROMANELLI | ) | |
| CARMINE DE TOMASIS | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE

The Court scheduled a hearing for tomorrow, July 11, at 10:00, to determine whether the protective order limiting disclosure of the affidavit in support of the arrest warrants issued in the above-entitled matters should remain in effect. The government has communicated with both James Howe, counsel for Carmine DeTomasis, and Joseph Voccola, counsel for Louis Romanelli, this afternoon. Both attorneys indicated to the government that they agree to the continued sealing of the affidavit for a period of thirty days. The parties believe that the continued sealing is in the interest of justice, as it is designed to protect the safety of a confidential informant, the privacy of individuals who have not been charged as of this date, and the integrity of the investigation.

The parties agree that this letter does not preclude any party from moving to unseal the affidavit prior to the expiration of the thirty day period. Wherefore, the parties respectfully request that the hearing be rescheduled to a later date.

Respectfully Submitted,
UNITED STATES OF AMERICA

By its attorneys:

ROBERT CLARK CORRENTE
United States Attorney

/s/ Adi Goldstein_________________
ADI GOLDSTEIN
Assistant U.S. Attorney
R.I. Bar # 6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, R.I. 02903
adi.goldstein@usdoj.gov