UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | C.R. NO.: 1:08-MJ-00073DLM |
| | : | |
| LOUIS ROMANELLI | : | |

MOTION TO AMEND BAIL CONDITIONS

Now comes the Defendant, Louis Romanelli, and respectfully requests that His Honor, Magistrate Judge Martin amend the Defendant's present bail conditions to allow his granddaughter, Melanie Barnhart, DOB: 9-10-73, to visit him at his residence from July 22, 2008 through and including August 12, 2008.

The Defendant respectfully submits that his granddaughter presently resides in Las Vegas, Nevada and has planned to be present in the State of Rhode Island for a family vacation.

WHEREFORE, the Defendant prays that his Motion to Amend Bail Conditions be granted.

/s/ Joseph J. Voccola
Joseph J. Voccola, Esq., (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (Fax.)

CERTIFICATION

I hereby certify that a true copy of the within was electronically filed to the United States District Court, Office of the Clerk, One Exchange Terrace Providence, RI 02903 www.rid.uscourts.gov and to Adi Goldstein, Assistant US Attorney, 50 Fleet Center 3rd Floor Providence, RI 02903 adi.goldstein@usdoj.gov on this 14th day of July 2008.

/s/ Joseph J. Voccola
Joseph J. Voccola, Esq., (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (Fax.)